UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARQUEL JONES (#20328)

VERSUS

NATE CAIN, WARDEN

CIVIL ACTION

NO. 13-599-SDD-RLB

### RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 12, 2013, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Petitioner's *Motion for Relief from Judgment*[1] is granted and the Court's *Ruling and Judgment*[2] of October 9, 2013 is vacated. Further, this action is reinstated on the Court's docket and referred back the United States Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, November  /3  , 2013.

*[signature]*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Record Document 5
[2] Record Documents 3 and 4