# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MARQUEL JONES (#531869)

VERSUS

NATE CAIN, WARDEN

CIVIL ACTION

NO. 13-0599-SDD-RLB

## RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 25, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Petitioner's application for *habeas corpus* relief is denied without prejudice as untimely. Further, in the event that the Petitioner seeks to pursue an appeal, a certificate of appealability is denied.

Baton Rouge, Louisiana the 30 day of April, 2015.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 18.